# TRUSTEE TIME RECORD
## Robert B. Katz
### Burton and Sally Evans 05 B 49724

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| | **2005** | | | |
| 12/27/2005 | Trustee reviewed petition, conducted §341 meeting of creditors and identified possible assets. | 1.0 | $ 425.00 | $425.00 |
| | **TOTAL TIME FOR 2005** | **1.0** | | **$425.00** |
| | **2006** | | | |
| 3/2/2006 | Prepare motion and Court appearance for Motion to Extend Time to File §727 objections. | 2.0 | $ 425.00 | $850.00 |
| 3/20/2006 | Receive and review emails from Ira Goldberg re: history of Evans family trust. | 1.0 | $425.00 | $425.00 |
| various | t/c's to retain attorney and accountant. | 1.0 | $ 425.00 | $425.00 |
| various | t/c's, meetings and numerous emails with Ira Goldberg re: status and strategy with respect to pursuit of assets | 3.0 | $425.00 | $1,275.00 |
| | **TOTAL TIME FOR 2006** | **7.0** | | **$2,975.00** |
| | **2007** | | | |
| 5/24/2007 | t/c's and emails re: settlement; print settlement documents & fax signatures to Ira Goldberg. | 1.0 | $425.00 | $425.00 |
| 6/5/2007 | Numerous emails to/from Ira Goldberg and Howard Adelman re: settlement in court on June 6 and negotiation of settlement check thereafter. | 1.0 | $425.00 | $425.00 |


EXHIBIT A

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/6/2007 | Receive and deposit settlement check; establish case in system; emails to/from Ira Goldberg and Howard Adelman re: court need to be informed of check clearance so as to enter order accordingly. | 1.5 | $425.00 | $637.50 |
| 6/8/2007 | Check bank balance for availability of funds; Call Judge Schwartz's chambers and advise settlement check has cleared, so okay to enter order; pull Order from docket; cut checks to IDOR and reals estate broker/appraiser. Call Jim Newbold and arrange for delivery. | 1.0 | $425.00 | $425.00 |
| 6/11/2007 | Review case actions; prepare time summary. | 1.0 | $425.00 | $425.00 |
| various | t/cs, numerous emails and meetings with Ira Goldberg re: status and strategy in pursuit of assets. | 5.0 | $425.00 | $2,125.00 |
| | **TOTAL TIME FOR 2007** | **10.5** | | **$4,462.50** |

## PROJECTED ADDITIONAL TIME

| | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| * | returns. | 1.0 | $425.00 | $425.00 |
| * | Attend Court hearing on motion to approve disbursements from the estate | 1.0 | $425.00 | $425.00 |
| * | Draft, sign and send final disbursement checks | 1.0 | $425.00 | $425.00 |
| * | Prepare and file Trustee's Final Account | 2.0 | $425.00 | $850.00 |
| * | Preparation of 2007 Annual Trustee Report | 1.0 | $425.00 | $425.00 |
| | **Total Additional Projected Time** | **6.0** | | **$2,550.00** |

## Summary of Time

| | | |
|---|---:|---:|
| Total for 2005 | 1.0 | $425.00 |
| Total for 2006 | 7.0 | $2,975.00 |
| Total for 2007 | 10.5 | $4,462.50 |
| Projected Additional Time | 6.0 | $2,550.00 |
| **TOTAL TIME** | **24.5** | **$10,412.50** |