# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BURTON E. EVANS, | ) | Case No. 05-49724 |
| SALLY B. EVANS | ) | |
| Debtors. | ) | Judge John D. Schwartz |
| | ) | |
| | ) | Hearing Date: July 17, 2007 |
| | ) | |
| | ) | Hearing Time: 10:00 a.m. |

## ORDER RESPECTING TRUSTEE'S FIRST AND FINAL APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION

This matter having been heard on the Trustee's First and Final Application for Allowance of Compensation, due notice having been served on all parties on the service list herein and upon those who have filed claims herein, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that:

A. The Trustee herein, Robert B. Katz, is authorized and directed to pay final compensation to himself in the amount of $ 1,000.00 ;

B. Notice hereof is shortened to seven days; and

C. Further notice hereof is waived.

DATED: 17 JUL 2007

ENTERED: _____
United States Bankruptcy Judge

Order Prepared by:
Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 600608
Tel: (847) 698-9600
Fax: (847) 698-9623

Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| BURTON E. EVANS, | ) | Case No. 05-49724 |
| SALLY B. EVANS | ) | Judge John D. Schwartz |
| Debtors. | ) | |
| | ) | Hearing Date: July 17, 2007 |
| | ) | Hearing Time: 10:00 a.m. |

**ORDER AWARDING COMPENSATION AND EXPENSES
AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY**

This matter coming to be heard on the First and Final Application to the Court of Di Monte & Lizak, LLC for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee ("Counsel") for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

**IT IS HEREBY ORDERED**: that the Counsel's first and final requests for the allowance of fees and expenses are allowed as follows:

1. Counsel's compensation        $31,000.00

2. Counsel's expenses            $390.44

    TOTAL                        $31,390.44

**IT IS FURTHER ORDERED** that the Trustee is directed to pay the allowances listed above, ~~after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court~~.

DATED: **17 JUL 2007**

ENTERED: _____
The Honorable John D. Schwartz
U.S. Bankruptcy Judge

Ira P. Goldberg (ARDC# 6185512)
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600  Fax: 847-698-9623

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: BURTON E. EVANS & SALLY B. EVANS<br><br>DEBTORS | CASE NO. 05 B 49724<br><br>CHAPTER 7 CASE<br><br>JUDGE JOHN D. SCHWARTZ |

### ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period April 10, 2007 through June 22, 2007 in the amount of $2,231.00 and reimbursement of expenses in the amount of $11.89.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

1 7 JUL 2007